18920—Alexander Sales v. John LaFountaine; motion to certify, to Tuscarawas Appeals. Overruled. Dock. 1-19-25, 3 Abs. 50.

18948—Sumner McClain, Mayor, v. John Sharits; motion to certify to Miami Appeals. Overruled. Dock. 2-10-25, 3 Abs. 98.

18960—New York Cent. R. Co. v. Frank Kish, Jr., etc; motion to certify to Jefferson Appeals. Overruled. Docketed 2-14-25, 3 Abs. 114.

18961—Connecticut Fire Insurance Co. v. George Eisenzimmer; motion to certify to Summit Appeals. Overruled. Dock. 3-15-25, 3 Abs. 114.

18965—Louis Simonyi v. George E. Olenbery; motion to certify to Cuyahoga Appeals. Overruled. Dock. 2-18-25, 3 Abs. 146.

18970—Abraham Strasburger et al. v. Irwin Strasburger et al.; motion to certify to Wood Appeals. Overruled. Dock. 2-20-25, 3 Abs. 130; OS. Pend., 3 Abs. 216.

18972—Abe Levin v. Samuel Frisch; motion to certify to Hamilton Appeals. Overruled. Dock. 2-23-25, 3 Abs. 146; OS. Pend., 3 Abs. 188.

18974—Imperial Pipe Line Co. v. George E. Grant; motion to certify to Wood Appeals. Overruled. Dock. 2-24-25, 3 Abs. 146.

18975—Buckeye Churn Co. v. Roy E. Abbott; motion to certify to Shelby Appeals. Overruled. Dock. 2-24-25, 3 Abs. 146.

18993—Charles B. Moore v. State; motion to certify to Lucas Appeals. Overruled. Dock. 3-2-25, 3 Abs. 146; OA. 3 Abs. 167.

18996—Joseph Prymas v. State; motion to file pet. err. to Cuyahoga Appeals. Overruled. Dock. 3-5-25, 3 Abs. 162.

19002—Samuel E. Tomlinson v. State; motion to file pet. err. to Stark Appeals. Overruled. Dock. 3-7-25, 3 Abs. 162; OS. Pend., 3 Abs. 216.

19006—Pennsylvania Railroad Co. v. H. N. Oberlander; motion to certify to Crawford Appeals. Allowed. Dock. 3-7-25, 3 Abs. 162; OS. Pend., 3 Abs. 218.